IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30922
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM J. OGLE, also known as
Billy Ogle,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CR-60046-ALL
- - - - - - - - - -

June 16, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for William J. Ogle has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Ogle has filed a response to his counsel's motion arguing, inter alia, that counsel rendered ineffective assistance. The record has not been adequately developed for us to consider this argument on direct appeal. See United States v. Haese, 162 F.3d 359, 363-64 (5th Cir 1998), cert. denied, ___ S. Ct. ___, 1999 WL 241837 (U.S., May 24,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1999).  Our independent review of the brief and the record discloses no nonfrivolous appellate issue.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.